| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 3:06CR327(SRU) |
| WILBUR HOUSE | : | |

## PRELIMINARY ORDER OF FORFEITURE

The defendant, Wilbur House, having pled guilty to Count One of the Superseding Information charging him with violation of 18 U.S.C. § 922(g)(1), and this defendant having agreed by way of a plea agreement letter dated May 2, 2007, and filed in open court on that same date, to forfeiture in accordance with the Superseding Information;

And the Court having found, based on the defendant's plea agreement and the accompanying stipulation of offense conduct, that the government has established the requisite nexus between the below-referenced property and the offense to which the defendant has pled guilty,

Accordingly, it is hereby

ORDERED, ADJUDGED, AND DECREED that pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all right, title and interest that the defendant Wilbur House may have in one Colt Government Model .45 caliber semi-automatic pistol, bearing serial number SS06051E, is hereby condemned and forfeited to the United States of America;

ORDERED that pursuant to 18 U.S.C. § 924(d) and Fed. R. Crim. P. 32.2(b)(3), the United States Bureau of Alcohol, Tobacco, Firearms and Explosives or its authorized designee shall seize said property and conduct any discovery proper in identifying, locating or disposing of the property subject to forfeiture, and to commence proceedings that comply with any statutes governing third-party rights;

ORDERED that pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order in a newspaper of general circulation, notice of the intent to dispose of the property in accordance with the law, and notice that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

ORDERED that pursuant to Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment; and

ORDERED that pursuant to Fed. R. Crim. P. 32.2(c)(2), upon adjudication of all third party interests, this Court will enter a Final Order of Forfeiture; and if no third party files a timely claim, this Order shall become the Final Order of Forfeiture.

SO ORDERED this 14th day of May, 2007 at Bridgeport, Connecticut.

STEFAN R. UNDERHILL
UNITED STATES DISTRICT JUDGE